ACCEPTED
01-15-00321-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
7/10/2015 1:36:20 PM
CHRISTOPHER PRINE
CLERK

## NO. 01-15-00321-CV

_____

**IN THE FIRST COURT OF APPEALS AT HOUSTON, TEXAS**

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
7/10/2015 1:36:20 PM
CHRISTOPHER A. PRINE
Clerk

_____

**TEXAS DEPARTMENT OF INSURANCE, DIVISION OF WORKERS' COMPENSATION,**

*Appellant*,

**v.**

**LINDA GREEN,**

*Appellee.*

_____

**On Appeal from the 133rd District Court, Harris County, Texas**

_____

**APPELLANT'S UNOPPOSED MOTION**
**FOR EXTENSION OF TIME TO FILE REPLY BRIEF**

TO THE HONORABLE FIRST COURT OF APPEALS:

COMES NOW, Appellant, Texas Department of Insurance, Division of Workers' Compensation, and files this Unopposed Motion for Extension of Time to File Reply Brief in the above captioned appeal, and in support thereof will show the following:

I.

This case is on appeal from the 133rd District Court of Harris County, Texas, of an Order denying Appellant's Plea to the Jurisdiction on March 2, 2015.

## II.

This case was instituted in the Court of Appeals on April 9, 2015. The clerk's record was filed on April 16, 2015. There was no court reporter's record.

## III.

Appellant's brief was filed on May 14, 2015. Appellee's Brief was filed on July 3, 2015. Appellant's Reply Brief was due on July 6, 2015.

## IV.

Appellant requests an extension until today to file its Reply Brief. This is an accelerated appeal. The deadline for Appellant to file its Reply Brief was three days after Appellee file her brief. The deadline date of July 6 was part of a holiday weekend, and due to time constraints, counsel for Appellant needed additional time to read, analyze and reply to Appellee's Brief. Thus, Appellant asks for an extension of today to file its reply.

## V.

The undersigned corresponded with counsel for Appellee on July 10, 2015, and this motion is unopposed by Appellee.

WHEREFORE PREMISES CONSIDERED, Appellant, Texas Department of Insurance-Division of Workers' Compensation respectfully requests that the First Court of Appeals grant an extension of time until July 10, 2015 in which to file its reply brief on appeal.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

CHARLES E. ROY
First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Civil Litigation

DAVID A. TALBOT, JR.
Division Chief, Administrative Law Division

_/s/ Dennis M. McKinney_
DENNIS M. MCKINNEY
State Bar No.13719300
Assistant Attorney General
Administrative Law Division
OFFICE OF THE ATTORNEY GENERAL OF
TEXAS
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone:  (512) 475-4020
Facsimile:   (512) 320-0167
Dennis.McKinney@texasattorneygeneral.gov
**Attorneys for Appellant**

## CERTIFICATE OF CONFERENCE

I hereby certify that I have conferred with counsel for Appellee and he is unopposed to this request for extension.

_/s/ Dennis M. McKinney_
DENNIS M. MCKINNEY
Assistant Attorney General

3

## CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2015, a true and correct copy of the above and forgoing document was sent by e-service or electronic mail to the following parties:

Brad McClellan **Via E-Service and/or E-Mail**
LAW OFFICES OF RICHARD PENA, P.C.
1701 Directors Blvd, Suite 110
Austin, Texas 78744
brad.mcclellan@yahoo.com
*Attorney for Appellee*

David Brenner **Via E-Service and/or E-Mail**
Belinda May Arambula
**BURNS ANDERSON JURY & BRENNER, L.L.P.**
P.O. Box 26300
Austin, Texas 78755-6300
7804 Bell Mountain Drive, # 100
Austin, Texas 78730
dbrenner@bajb.com
barambula@bajb.com
*Attorneys for Defendant Zurich American*

Raymond L. Kalmans **Via E-Service and/or E-Mail**
Stephen L. Brochstein
Schlanger, Silver, Barg & Paine, LLP
109 North Post Oak Lane, Ste. 300
Houston, Texas 77024
rkalmans@ssbplaw.com
*Attorneys for Intervenor Bessie A. Wilhelm*


    */s/ Dennis M. McKinney*
DENNIS M. MCKINNEY
Assistant Attorney General

4